*E-Filed 4/4/11*

SCOTT YUNDT (CSB #242595)
TRI-VALLEY CARES
2582 Old First Street
Livermore, California 94550
Telephone: (925) 443-7148
Facsimile: (925) 443-0177
Email: scott@trivalleycares.org


Attorneys for Plaintiffs
TRI-VALLEY CARES


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TRI-VALLEY CARES,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY,<br><br>    Defendants. | Case No.: 10-cv-5923 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Tri-Valley CAREs, Defendant United States Department of Energy, by and through

their respective counsel, hereby stipulate as follows:

WHEREAS, pursuant to the Clerk's Notice filed 2/16/11, the initial Case Management

Conference in the above captioned case was **scheduled to be held on April 14, 2011 at 10:00**

**a.m**. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate

Avenue, San Francisco; and

WHEREAS, Plaintiffs and Defendants desire to reschedule the initial Case Management

Conference in the above captioned case to provide the parties with four additional weeks to

discuss the outstanding claims and prepare the Joint Case Management Statement.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record, as follows:

1. The Case Management Conference in the instant case, originally **scheduled to be held on April 14, 2011 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco **shall be rescheduled to May 12, 2011 at 10:00 a.m.** in that same location.

2. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

3. The foregoing agreement is not intended, and may not be cited by any party, as admission of any issue of fact or law in this or any other judicial or administrative proceeding.

Dated this 1st day of April, 2011

/s/ Scott J. Yundt
Scott J. Yundt
**Attorney for Plaintiff**

/s/ Abraham Simmons
Abraham Simmons
**Attorney for Defendant**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Abraham Simmons.

Dated this 1st day of April, 2011

/s/ Scott J. Yundt

Scott J. Yundt

Attorney for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

1.  The Case Management Conference in the instant case, originally **scheduled to be held on April 14, 2011 at 10:00 a.m.** in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, **shall be rescheduled to May 12, 2011 at 10:00 a.m.** in that same location.

IT IS SO ORDERED.

DATED__4/4/11_____.

_____
**HONORABLE RICHARD SEEBORG**
**United States District Judge**

Presented by:

/s/Scott Yundt
Scott Yundt (CSB# 242595)
Attorney for Plaintiffs