SCOTT YUNDT (CSB #242595)
TRI-VALLEY CARES
2582 Old First Street
Livermore, California 94550
Telephone: (925) 443-7148
Facsimile: (925) 443-0177
Email: scott@trivalleycares.org

Attorneys for Plaintiff

MELINDA HAAG, CSBN 132612
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
ABRAHAM A. SIMMONS, CSBN 146400
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169
Email: abraham.simmons@usdoj.gov

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TRI-VALLEY CARES,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>UNITED STATES DEPARTMENT OF ENERGY and NATIONAL NUCLEAR SECURITY ADMINISTRATION, an agency of the U.S. Department of Energy,<br><br>　　　　　Defendants. | Case No.: 10-cv-5923 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Tri-Valley CAREs, Defendant United States Department of Energy, *et. al*., by and through their respective counsel, hereby stipulate as follows:

WHEREAS, pursuant to the Clerk's Notice filed August 9, 2011, the further Case Management Conference in the above captioned case was rescheduled to be held on September

1  8, 2011 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450
2  Golden Gate Avenue, San Francisco; and
3        WHEREAS, the parties agree that Defendants will provide to Plaintiff further responses
4  to certain FOIA requests on or before August 31, 2011; and
5        WHEREAS, Plaintiff and Defendants desire to reschedule this further Case Management
6  Conference in the above captioned case to provide the parties with an additional two weeks to
7  review and discuss the further responses and other outstanding claims before preparing the Joint
8  Case Management Statement.
9        THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and
10 Defendants, through their respective counsel of record, as follows:

11  1. The parties agree and request that the court order that the Case Management Conference in the instant case, originally **scheduled to be held on Thursday, September 8, 2011 at 10:00 a.m**. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, **shall be rescheduled to Thursday, September 22, 2011 at 10:00 a.m.** in that same location.

2. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

3. The parties are close to settlement; the parties request a stay of the briefing schedule until the schedule can be reset at the September 22, 2011 Case Management Conference.

4. The foregoing agreement is not intended, and may not be cited by any party, as admission of any issue of fact or law in this or any other judicial or administrative proceeding.

                    Dated this 19st day of August, 2011

   /s/ Scott J. Yundt            /s/ Abraham Simmons
   Scott J. Yundt                 Abraham Simmons
   Attorney for Plaintiff         Attorney for Defendants

STIPULATION AND [PROPOSED] ORDER - 1
Case No. 10-CV-5923- RS

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Abraham Simmons.

Dated this 19th day of August, 2011

/s/ Scott J. Yundt
Scott J. Yundt
Attorney for Plaintiff

**[PROPOSED] ORDER**

1. The Case Management Conference in the instant case, originally **scheduled to be held on September 8, 2011 at 10:00 a.m**. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, **shall be rescheduled to September 22, 2011 at 10:00 a.m.** in that same location.

IT IS SO ORDERED.

DATED   8/19/11   .

_____
**HONORABLE RICHARD SEEBORG**
**United States District Judge**

Presented by:

/s/Scott Yundt
Scott Yundt (CSB# 242595)
Attorney for Plaintiffs